IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.                                     Case No. 08-0760 (MMB)

KENNETH MITAN

## NOTICE OF APPEAL

NOW COMES Defendant Kenneth Mitan ("Defendant Mitan") in his Notice of Appeal. This Notice hereby serves this Court with notice that Defendant Mitan hereby appeals this Court's Order of March 6, 2009, denying Defendant Mitan's Motion to Release Defendant on Own Recognizance or in the Alternative for a De Novo Hearing, and Memorandum in Support of Request for Release or Evidentiary Hearing, to the 3rd Circuit Court of Appeals. Said appeal is timely in that the Court denied Defendant Mitan's Motion for Reconsideration on April 2, 2009.

April 9, 2009

_____
Kenneth Mitan
Register Number 63624-066
Philadelphia FDC
PO Box 562
Philadelphia, PA  19105

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

   vs.                               Case No. 08-0760 (MMB)

KENNETH MITAN

## CERTIFICATE OF SERVICE

I, Kenneth Mitan, do hereby certify that I placed a copy of my Notice of Appeal in the Philadelphia FDC mail service, postage prepaid, to:

      United States Attorney's Office
      Mr. Scott Cullen
      615 Chestnut Street
      Suite 1250
      Philadelphia, PA  19106

                                            Kenneth Mitan
                                            Register Number 63624-066
                                            Philadelphia FDC
                                            PO Box 562
                                            Philadelphia, PA  19105