IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.                                               Case No. 08-0760 (MMB)

KENNETH MITAN

AMENDED NOTICE OF APPEAL

RECEIVED
APR 3 0 2009

NOW COMES Defendant Kenneth Mitan ("Defendant Mitan") in his AMENDED NOTICE OF APPEAL. This Notice is hereby given to serve this Court with notice that Defendant Mitan hereby amends his appeal, and hereby appeals this Court's Order of March 6, 2009, denying Defendant Mitan's Motion to Release Defendant on Own Recognizance or in the Alternative for a de Novo Hearing, and Memorandum in Support of Request for Release or Evidentiary Hearing; and hereby appeals this Court's Order of April 17, 2009, denying Defendant Mitan's Motion for Release on Conditions, to the 3rd Circuit Court of Appeals.

April 26, 2009

_____
Kenneth Mitan
Register Number 63624-066
Philadelphia FDC  PO Box562
Philadelphia, PA  19105

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.                          Case No. 08-0760 (MMB)

KENNETH MITAN

## CERTIFICATE OF SERVICE

I, Kenneth Mitan, hereby certify that I served notice upon the United States Attorney's Office, that I filed an AMENDED NOTICE OF APPEAL to:

     United States Attorney's Office
     Mr. Scott Cullen
     615 Chestnut Street
     Suite 1250
     Philadelphia, PA  19106

by depositing same in the mail service at the Philadelphia FDC, postafe prepaid.

April 26, 2009

                                      _____
                                      Kenneth Mitan
                                      Register Number 63624-066
                                      Philadelphia FDC  PO Box 562
                                      Philadelphia PA 19105