IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH MITAN. | : | NOs.  08-760-1 |
| FRANK MITAN, | : | 08-760-2 |
| BRUCE ATHERTON | : | 08-760-3 |

## ORDER

AND NOW, this 11th day of June, 2009, after careful consideration of the following Motions, it is hereby ORDERED as follows:

(1) Defendant Kenneth Mitan's Motion to Quash Indictment (Doc. No. 97) is DENIED;

(2) Defendant Kenneth Mitan's Rule 12 Motion to Dismiss (Doc. No. 109), also joined by Frank Mitan, is DENIED;

(3) Defendant Kenneth Mitan's Amended Rule 12 Motion to Dismiss Entire Indictment and Parts Thereof (Doc. No. 141), also joined by Frank Mitan, is DENIED;

(4) Defendant Kenneth Mitan's Motion to Quash Superseding Indictment for Perjury (Doc. No. 197) is DENIED;

(5) Defendant Kenneth Mitan's Motion to Dismiss Superseding Indictment for Violation of Rule 6(e)(1) (Doc. No. 198) is DENIED;

(6) Defendant Bruce Atherton's Motion to Dismiss Indictment (Doc. No. 155), also joined by Frank and Kenneth Mitan, is DENIED.

BY THE COURT:


/s Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.


O:\Criminal Cases\08-760 Mitan, us v\Mitan - Order 6-11-09 re Mot to Quash, Dismiss.wpd