IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH MITAN, | : | NOs.  08-760-1 |
| FRANK MITAN, | : | 08-760-2 |

## **ORDER**

AND NOW, this 23rd day of July, 2009, after careful consideration of the following Motions, it is hereby ORDERED as follows:

(1) Defendants Kenneth Mitan and Frank Mitan's Motion to Suppress (Doc. No. 110) is GRANTED in part and DENIED in part as further explained in the accompanying Memorandum;

(2) Defendant Kenneth Mitan's Motion to Compel (Doc. No. 223) is DENIED as moot.

BY THE COURT:

/s Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\08-760 Mitan, us v\Order re Mot to Suppress.wpd