IN THE UNITED STATES DISTRICT COURT

FROM THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    vs.

KENNETH MITAN

Case No. 08-0760 (MMB)

## NOTICE OF APPEAL

NOW COMES Defendant Kenneth Mitan, in his Notice of Appeal. Please take notice that Defendant Kenneth Mitan hereby appeals this Court's Order of August 27, 2009, enteered August 28, 2009, attached hereto as Exhibit "A", granting House Arrest subject to removal of a state detainer. Defendant Mitan hereby appeals this Order to the 3rd Circuit Court of Appeals.

September 3, 2009

                                                 Kenneth Mitan
                                                Register Number 63624-066
                                                Philadelphia FDC   PO Box562
                                                Philadelphia, PA   19105

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

KENNETH MITAN

Case No. 08-0760 (MMB)

## CERTIFICATE OF SERVICE

I, Kenneth Mitan, hereby certify that on this 4th day of September, 2009, I sent a copy of my Notice of Appeal to the United States Attorney's Office, 615 Chestnut, Suite 1250, Philadelphia, PA 19106, by placing same in the mail service at at the Philadelphia FDC, postage prepaid.

September 4, 2009

Kenneth Mitan
Register Number 63624-066
Philadelphia FDC PO Box 562
Philadelphia PA 19105