IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH MITAN and | : | NOs. 08-760-1 |
| FRANK MITAN | : | 08-760-2 |

FILED NOV 09 2009

## ORDER

AND NOW, this 6th day of November, 2009, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendants' Motions to Dismiss the Indictment because of telephone interceptions (Doc. Nos. 308, 331, 340, 476) are DENIED.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\08-760 Mitan, us v\Mitan 2 Defs - Order Memo MTD 11-6-09.wpd