JOSEPH J. KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :

              v.                                    :          CRIMINAL NO. 08-760

KENNETH MITAN                          :


ORDER

AND NOW, this 13th day of April, 2010, it is hereby

ORDERED

that the Superintendent of the Philadelphia Federal Detention Center  and the United States

Marshal for the Eastern District of Pennsylvania produce the body of Bret Sobolewski,  Prisoner

ID Number 57860-066 on April 14, 2010, and that immediately upon the termination of the

proceedings, the body of Bret Sobolewski, Prisoner ID Number 57860-066 be returned to the

Philadelphia Federal Detention Center.

BY THE COURT:

HONORABLE LINDA K. CARACAPPA

3cc-U. S. Atty.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

       v.                              :            CRIMINAL NO.   08-760

KENNETH MITAN                       :


PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

AND NOW COMES the United States of America, by its attorneys, and avers as follows:

1.      Bret Sobolewski, Prisoner ID Number 57860-066 is a federal prisoner presently incarcerated at Philadelphia Federal Detention Center.

2.      Bret Sobolewski, Prisoner ID Number 57860-066 is needed on April 14, 2010 to testify at the Sentencing of Kenneth Mitan, Criminal No. 08-760.

3.      WHEREFORE, your petitioner prays this Honorable Court for a Writ of Habeas Corpus Ad Testificandum directed to the Superintendent of the Philadelphia Federal Detention Center Prison and the United States Marshal for the Eastern District of Pennsylvania, requiring the persons to produce the above-named prisoner on April 14, 2010, and that immediately upon the termination of the proceedings, the prisoner be returned to the Philadelphia Federal Detention Center.

Respectfully yours,

MICHAEL L LEVY
United States Attorney

JOSEPH J. KHAN
Assistant United States Attorney