IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **KENNETH MITAN** | **:** | **NO.   08-760-1** |

## ORDER

**AND NOW,** this 7th     day of August, 2014, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED:**

1. Defendant's Section 2255 petition is **DENIED**.

2. Defendant's request for an evidentiary hearing is **DENIED.**

3. There are no grounds on which to grant a certificate of appealability.

            **BY THE COURT:**

            */s/ Michael M. Baylson*

            **Michael M. Baylson, U.S.D.J.**

O:\CRIMINAL CASES\08-760 MITAN, US V\08CR760.ORDER.2255.DOCX